Pro Se 1 (Rev. 09/16) Complaint for a Civil Case

# UNITED STATES DISTRICT COURT
## for the
### District of Massachusetts

Stephen STONE

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

**Plaintiff(s)**
*(Write the full name of each plaintiff who is filing this complaint.
If the names of all the plaintiffs cannot fit in the space above,
please write "see attached" in the space and attach an additional
page with the full list of names.)*

-v-

WORCESTER COUNTY SHERRIFFS OFFICE, SHERRIFF LEWIS EVANGELIDIS

**Defendant(s)**
*(Write the full name of each defendant who is being sued. If the
names of all the defendants cannot fit in the space above, please
write "see attached" in the space and attach an additional page
with the full list of names.)*

Case No. _____

*(to be filled in by the Clerk's Office)*

Jury Trial: *(check one)* ☐ Yes ☐ No

## COMPLAINT FOR A CIVIL CASE

I.    **The Parties to This Complaint**

A.    **The Plaintiff(s)**

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | Stephen STONE |
| Street Address | 20 ADMINISTRATION RD |
| City and County | BRIDGEWATER / PLYMOUTH COUNTY |
| State and Zip Code | MASSACHUSETTS 02324 |
| Telephone Number | IN JAIL |
| E-mail Address | IN JAIL |

B.    **The Defendant(s)**

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Pro Se 1 (Rev. 09/16) Complaint for a Civil Case

**Defendant No. 1**

Name WORCESTER COUNTY

Job or Title *(if known)* SHERRIFFS OFFICE

Street Address 5 PAUL X TIVNAN DR

City and County West BOYLSTON / WORCESTER County MA

State and Zip Code MASS 01583

Telephone Number UNKNOWN

E-mail Address *(if known)* UNKNOWN

**Defendant No. 2**

Name SHERIFFS LEWIS EVANGELIDIS

Job or Title *(if known)* SHERRIFF

Street Address 5 PAUL X TIVNAN DR

City and County West BOYLSTON MA 01583

State and Zip Code

Telephone Number

E-mail Address *(if known)*

**Defendant No. 3**

Name DR. BERNARD KATZ

Job or Title *(if known)* DR. DOCTER

Street Address 20 ADMINISTRATION RD

City and County BRIDGEWATER MA 02324

State and Zip Code

Telephone Number

E-mail Address *(if known)*

**Defendant No. 4**

Name

Job or Title *(if known)*

Street Address

City and County

State and Zip Code

Telephone Number

E-mail Address *(if known)*

## II.    Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

[X] Federal question        [ ] Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A.    If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

42 USC§1983

DELIBERATE INDIFFERANCE

### B.    If the Basis for Jurisdiction Is Diversity of Citizenship

1.    The Plaintiff(s)

   a.   If the plaintiff is an individual

   The plaintiff, *(name)* _____, is a citizen of the
   State of *(name)* _____.

   b.   If the plaintiff is a corporation

   The plaintiff, *(name)* _____, is incorporated
   under the laws of the State of *(name)* _____,
   and has its principal place of business in the State of *(name)*
   _____.

   *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2.    The Defendant(s)

   a.   If the defendant is an individual

   The defendant, *(name)* _____, is a citizen of
   the State of *(name)* _____. Or is a citizen of
   *(foreign nation)* _____.

Pro Se 1 (Rev. 09/16) Complaint for a Civil Case

b.  If the defendant is a corporation

The defendant, *(name)* _____ , is incorporated under

the laws of the State of *(name)* _____ , and has its

principal place of business in the State of *(name)* _____ .

Or is incorporated under the laws of *(foreign nation)* _____ ,

and has its principal place of business in *(name)* _____ .

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3.  The Amount in Controversy

The amount in controversy-the amount the plaintiff claims the defendant owes or the amount at stake-is more than $75,000, not counting interest and costs of court, because *(explain)*:

_____

## III.  Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

DELIBERATE INDIFFERNCE

## IV.  Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

MONETARY 5 MILLION DOLLERS DAMAGES, PUNITIVE DAMAGES

Pro Se 1 (Rev. 09/16) Complaint for a Civil Case

## V.    Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.    For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:    _Stee 12/27/17_

Signature of Plaintiff    _Stee S._
Printed Name of Plaintiff    _Stephen Stone_

### B.    For Attorneys

Date of signing:    _____

Signature of Attorney    _____
Printed Name of Attorney    _____
Bar Number    _____
Name of Law Firm    _____
Street Address    _____
State and Zip Code    _____
Telephone Number    _____
E-mail Address    _____

STEPHEN STONE

V.

WORCESTER COUNTY SHERIFS    COMPLAINT
SHERIFFS OFFICE,
LEWIS G EVANGELIDIS,
DR. BERNARD KATZ

1) The PLAINTIFF IS Stephen Stone.

2) The DEFENDANT IS The WORCESTER COUNTY SHERIFF'S OFFICE. LEWIS G EVANGELIDIS, DR. BERNARD KATZ

3) THIS COMPLAINT ALLEGES MULTIPLE VIOLATION'S OF The PLAINTIFF'S RIGHT'S, BY The DEFENDANTS, THIS COMPLAINT ALSO ALLEGES THAT W.C.S.O BIT'S EMPLOYEES WAS DELIBERATLY INDIFFENT TO MR. STONES SERIOUS MH/MEDICAL NEEDS, & FAILED TO ACT APROIPRATELY ON NUMERIOUS OCCASIONS, ALSO FAILED TO PROTECT MR. STONE FROM SELF-HARM & CONTINUED SELF MUTILATION, & MORE. The W.C.S.O. & ITS EMPLOYEES HAS CAUSED The PLAINTIFF TO SUFFER SERIOUS/SEVERE INJURY, ALMOST COUSING DEATH, THRU ITS DELIBERATE INDIFFERENCE TO MR. STONE'S →

①

... SERIOUS MH/MEDICAL NEEDS, THIS COMPLAINT ALSO ALLEGES THAT W.C.SO. & ITS EMPLOYEES, HAS CAUSED MR. STONE TO SUFFER UNNESSARY MENTAL ANGISH, EMOTIONAL HARM THRU ITS DELIBERATE INDIFFERENCE TO MR. STONE SERIOUS MH/MEDICAL NEED AS EXPLAINED IN THIS COMPLAINT.

4) Stephen Stone SUFFERS FROM SERIOUS MENTAL HEALTH ISSUES DATING BACK TO AGE 5 & ALSO SUFFERS FROM SERIOUS ANXIETY, PRIOR TO HIS ARREST & INCARCERATION AT W.C.SO. MR. STONE'S ANXIETY WAS BEING CONTROLLED & TREATED WITH THE USE OF KLONOPINS, PRESCRIBED BY BERNARD SZYMANSKI, R.N.C.S., WITCH MR. STONE WAS DOING VERY WELL ON. W.C.S.O. HAS ALSO PREVIOUSLY PRESCRIBED KLONOPINS TO MR. STONE IN 2009-2010 BY DR. KATZ WHO WAS WORKING FOR THE W.C.SO, BEFORE SHERIFF LEWIS EVANGELIDIS WAS ELECTED & IMPLEMENTED A NEW MEDICATION POLICY WITCH VIOLATED MR. STONE'S RIGHT'S THRU DELIBATE INDIFFERANCE. →

②

5) On 8/17/15 Stephen Stone was Held at the Worcester County Jail, After his arrest on a Probation Hold, & A Negligent Operation of MV., Mr. Stone was not Provided his Klonopins upon Intake, Due to a Reported Jail Policy of not Permiting that Med (see Exhibit #1) "A Constitutional Claim is Stated when Prison Officials Intentionly Deny Access to Medical Care or Interfere with Prescribed Treatment" Tooaro v. Ward, 565 F.2D 48, 52 (2D Cir. 1977) This Jail Policy Has Caused Mr. Stone Serious Mental Anguish, Emotional Harm, Physical Damages, & Is Deliberatly Indifferent To Mr. Stones Serious MH/Medical Conditions/Needs, & Has Caused a Sharp Deterioration In Mr Stones MH Conditions As Explained In (Exhibit #2) Page 9) & Throut this Motion. Mr. Stone Has Continusly Asked DR. Katz (who is A Coatractor for the Jail Thru An Outside Agency). →

③

FOR HIS KLONOPINS, DR. KATZ TOLD MR. STONE He IS "NO LONGER ABLE TO PRESCRIBE THAT PHARMICUDICAL DUE TO A NEW JAIL POLICY ENACTED BY SHERIFF EVANGELIDIS" THIS POLICY INTERFERED WITH PRESCRIBED TREATMENT, AS EXPLAINED IN TODARD V. WARD, 3 ABOVE. MR. STONE's MH CONDITIONS RADIOLY DETERIOTED DUE TO BEING OFF HIS KLONOPIN.

7) BETWEEN AUGUST 2015 TO AUGUST 2016 MR. STONE HAS CUT HIMSELF AT LEASt 2-3 TIME'S THAT THE JAIL IS AWARE OF. MR. STONE HAS ALSO HAD NUMCRIOUS MH BREAKDOWNS DUE TO THE LACK OF MH TREATMENT BEING PROVIDED DUE TO JAIL POLICY.

8) ON 8/16/2016 STEPHEN STONE WAS BROUGHT TO NORFOLK SUPERIOR COURT 3 WAS NOT STRIP SEARCHED, NOR WAS AN ADAQUATE SEARCH DONE PRROIR TO LEAVING THE JAIL, THIS ALLOWING A JAIL ISSUED RAZOR TO LEAVE THE JAIL, TO COURT.

(4)

9) On 8/16/2016 Stephen Stone Had
A MH Breakdown At Norfolk Superior
Court (As A Result of The Decompensation of His
MH caused By Lack of Proper Tratment Due
To Jail Policy) Durring This MH Breakdown
Stephew Stone Attempted Suicide By
Cutting His R. Arm with A Jail
Issued Razor, This Happend when
W.C.S.O. WAS There To Pick Him Up,
Making WCSO Aware of This Incodent.
Mr Stone WAS Brought By Ambudance
To Norwood Hospital (See exhibit #3)

10) On 10/19/16 Stephen Stone WAS
Brought To Malden District Court
Mr. Stone WAS Refused Access To
Court By Court Scurity, Mr. Stone Had
A MH Breakdown (Due To this & Lack of
Medicytion) Mr Stone WAS Very emotionaly
unstable & Had To Be Tackled To The
Pavement Outside The Court House By
WCSO employee's, Mr. Stone WAS Placed
In The Back of The Van, & Began To
Bang His Head, & Kick The Cage, & WAS
Visably emotionly unstable →

⑤

... PROMPTING TRANSPORT OFFICERS TO LEAVE A FEMALE DETAINEE AT MALDEN DIST COURT, B CALL THE JAIL B REQUEST TO USE THE BLUE LIGHTS B NOTIFY THEM OF THIS SITUATION, THE WCSO IS WELL AWARE OF MR. STONE'S EXTENSIVE HISTORY OF SELF HARM B QS HISTORY (STATE SUICIDE CHECK) ALSO ONE MONTH PRIOR MR. STONE HAD ATTEMPTED SUICIDE AT COURT WHILE WCSO WAS THERE TO PICK HIM UP, THE JAIL IS WELL AWARE OF THIS, MR. STONE ALSO HAS A HISTORY OF SELF HARM INSIDE OF THE VANS THAT THE JAIL IS AWARE, ON 7/22/13 MR. STONE WAS BANGING HIS HEAD INSIDE OF THE TRANSPORT VAN B THE TRANSPORT OFFICERS DID NOTHING TO STOP MR. STONE FROM CONTINUED SELF-HARM (See EXHIBIT #4) These OFFICER INITIATED ACTED IN A MANNER THAT WILL FORESEEABLY RESULT IN HARM.

ii) ON 10/19/16 These TRANSPORT OFFICERS KNEW MR. STONE WAS VERY EMOTIONALLY UNSTABLE B WAS EXHIBITING SERIOUS MH BEHAVIORS, B SHOULD HAVE BEEN KEEPING A CLOSE EYE ON MR. STONE

... DURING THE VAN RIDE DUE TO
THESE CIRCUMSTANCES & DUE TO MR. STONES
PREVIOUS HISTORY OF SELF HARM IN VANS.
THEESE OFFICAILS DID KADW OF &
DID DISREGARD AN EXCESSIVE RISK
TO INMATE HEALTH OR SAFETY AS
EXPLAINED IN CONN V. CITY OF RENO
INSTEAD OF MONITORING AND STOPING,
INMATE EXHIBITING SERIOUS MH ISSUES,
SELF-HARM, & OTHER MAJOR MH BEHAVIORS,
THEESE OFFICER'S LEFT THEIR VEIW OF
MR. STONE OBSTRUCTED BY NON-ESSENTAIL
ITEMS SUCH AS AN AMERICAN FLAG,
THIS IS NOT THE FIRST TIME WCSO HAS
FAILED TO PROTECT ME FROM CONTINUED SELF-
HARM (SEE EXHIBIT#4) MH RECORDS 7/22/13.
DUE TO THE TRANSPORT OFFICERS FAILING
TO MONITER AN INMATE EXHIBITING SERIOUS
MH BEHAVIOR'S & SELF HARM THIS BEING A
HIEGHTENED SUICIDE RISK OR AN ATTEMPTED
SUICIDE IS A SERIOUS MEDICAL NEED
SEE TORRACO V. MALONEY, 923 F.2D 231,
235 #3 N, 4 (1ST CIR 1991) SEE ALSO COLBURN
V. UPPER DARBY TWP, 946 F.2D 1017,
1023 (3D CIR 1991) ("A 'PARTICULAR VULNERABILITY
TO SUICIDE' REPRESENTS A SERIOUS —>

7

... MEDICAL Need! ") MR. STONE ATTEMPed SUICIDE DURRING THIS VAN RIDE ON 10/19/16 BY TIEING A THERMO AROUND HIS NECK, ALMOST CAUSING DEATH, MR STONE WAS found BARELY CONCENCOUIS ~~AT~~ BY C/O CHRIS HARRISON (SOG) WHEN THE VAN ARRIVED AT THE JAIL. BLUE IN THE FACE OFFICER CHRIS HARRISON CUT OFF THE THERMO, MR. Needed TO BE BROUGHT TO ST. VINCENTS HOSPITAL FOR EMERGENCY TREATMENT. MR. STONE FURTHER Alleges THAT TRANSPORT OFFICALS FAILED TO NOTIFY COMPETENT OFFICALS OF AN INMATES DANGEROUS PSYCHIATRIC STATE PRIOR TO LEAVING COURT, CONSTITUTING A DELIBERATE INDIFFERENCE (See e.g., COIBURN V. UPPER DARBY TOWNSHIP, 838 F.2D 663, 667-68 [3RD CIR 1998)

*1 PLEASE NOTE THAT THE FLAG WAS BLOCKING AN OBSERVATION WINDOW IN THE VAN WERE MR STONE HAD ATTEMPENTED SUICIDE ON 10/19/16

⑧

12) ON 10/20/16 DR. KATZ FIDED AN 18 (A) EVALUATION OF MR. STONE WERE MEDICAL RECORDS FROM 7/22/13 FROM THE JAIL WERE PROVIDED TO B.S.H, PROVING THE JAIL IS AWARE OF MR. STONE PREVIOS SELF HARM IN VANS (See EXHIBIT #4)

13) ON OR AROUND 11/26/16 MR. STONE WAS AT WORCESTER COUNTY JAIL IN A2 IN A CAMERA CELL DURRING THAT TIME MR. STONE HAD TIED A SHEET AROUND HIS NECK, IN EFFORTS TO DIE

14) AN INMATE WHO OBSERVED THE CO'S RESPONSE TO MR. STONE NOT RESPONDING AT 3PM COUNT, TOLD MR. STONE THAT THE CO'S WAITED APPROX 10 MINS BEFORE CHECKING ON MR. STONES WELL BEING BY OPENING THE CELL DOOR, THIS AGAIN DELAYED MR. STONE FROM RECIEVING MEDICAL CARE WHEN THE CO'S FINALLY OPENED THE DOOR

(9)



... They found MR. Stone semi-unresponsive, MR. Stone Required oxygen MASK, & A shot to slow down MR.Stone heart/breathing. The Delay of opening the door could have Resulted in MR. Stone's & prolonged him from getting medical treatment sooner. MR Stone Alleges that these officals were deliberatly indifferent to MR. Stone, MH/medical Needs by failing to Act Appropriazly to MR.Stone's Hiestened suicide Risk, It is important to note MR Stone was Placed in A "Camera Cell" per MH to closely moniter him, due to his Hicghtene suicide Risk, Theese officers failed to moniter MR Stone on the Camera/A SIMULAL incodent happend in Dec of 2016 were an inmate was found Dead in the High Risk Tier, A Tier were C/O's Are suposed to Be A close observation on inmates, An Investigation Revailed that C/O Eric Groboski was Reading A Book Instead of Watching the →

(10)



... CAMERAS, When He got up & did HIS FIRe-WIND He Found The INMATe HANGING, #FURTHer MORe He DID NOT HAVe HIS RADIO ON HIM WITCH DelAyed The DOOR BEINg OPened & DelAyed THAT C/O FROM CUTTINg The INMATe DOWN.)

15) IN DeC 2016 OR JAN 2017 MR. STONe WAS PLACed IN The MOD'S K-321 BY The W.C.S.O DURING HIS TIMe IN CeLL K-321, MR. STONe HAS HAD To PUT UP WIHH UNSAFe & UNHeALTHy LIVING CONDITIONS, DUe TO BeINg PLACed IN A CeLL K-321 THIS CeLL LeAKS WATeR THRU The WINDOW & HAS MULTIPLe WORK ORDeRS PUT IN To FIX The PROBLeM & A CAPTIAN eVeN TOLD C/O'S To SHUT DOWN THIS CeLL, MR. STONe & HIS& CeLL MATe (MATHeW TRAFTON) WAS MOVeD APPROX. 2 WeeKS AFTeR The CAPt. ORDeRed The CeLL SHUT DOWN INTo K-324, BY C/O KING

(11)



16) ON OR AROUND 1/11/17 MR. Stone FIled A GRIeVIENce IN ReGARDS To Not BeiNG ALLOWed A PhoNe CALL To NORFOLK COURT IN ReGARDS To CASe #16-1625, THIS GREIVANCe WAS APPROVed (GReIVANce # 00002454) 3 WAS APPROVed To MAKe SUCH CALL, HOWeVeR SWPGUL C     DeNIed MR. STONe THIS CALL eVeN AFteR THIS APPROVed GRIeVANce ReSULTING IN A MH BReAKDOWN B D-BOARD #170-105, MR. STONe eXHIBITed SERIOS MH BeHAVIORs INCLUDINS ALMOST PUNCHINS SW., These OFFICALs FAILed To NOTIFY COMPENTeNt OFFICAL'S OF MR. STONe MH BeHAVIORs. MR. STONe WAS LOCKed IN HIS CeLL K24 ON THURSDAY JAN. 19, 2017.

17) ON 1/22/17 STepheN STONe HAD CUT HIS R. WRISt OPeN WITH A JAIL ISSUed RAZOR DUe TO BeING DeNIeD THIS PHONe CALL *2 He WAS BROUGHt BY AMBULANCe TO St. VINCeNts HOSPITAL AROUND

12



... 3AM WeRe He ReCIeVed 9 STICHES & WAS TOLd To FoLLOW UP BeCAUSe He HAd CUT HIS TeNdON. JAIL NeVeR DID FOELOW UP Tho.

*2 WHILe MR. STONe WAS UNDeR ALOt OF ANXIeTY, & DUe To The DeTeRIQTIeN OF HIS mH, DUe TO LeSS THAN ADqQUAte MH TReAtMeNT BeINg PROVIDed DUe TO JAIL POLICY OF NOT ALLOWINg MR. STONeS KLONOPINS.

18) The JAIL WAS DeLIBeRATLY INDIFeRent TO MR. STONe'S SeRIOUS MH/MedICAL NeedS (A HIeYTENed SUICIDe RISK) BY PLACINg MR. STONe ON K. BLOCK & SHOULd HAVe PLACed MR. STONe ON A BLOCK WeRe THeRe ARE NO RAZOR'S, & WeRe They COULd KeeP 9 CLOSeR eYe ON MR. STONe GIVe MR. STONe HISTORICAL PATARN OF SUICIDe ATTeMP/SeLF-HARM & TOOK PReCATUIN IN PLACINg MR. STONe eSPeCALY SeINg MR. STONe HAd ONLY TRYed TO COMMIT SUICIDe 1 MONTH PRIOR, WITH MULTIPLe MORe ATTeMeTS IN LeSS THAN 6 MONTH CReATINg A PATTeRN.

13

19) W.C.S.O. IS A MUNICIPALITY
LIABLe UNDeR monell, A
MUNICIPALITY IS A Legal "PeRSON"
SUBJect To LIABILITY UNDeR §1983
FoR INJURYS IT INFLICTS Through
DeLIBeRAte INDIFFeRence MoNell V.
Dep't of SOCIAL ScRVS. Of CITY
OF N.Y., 436 US. 658, 690-91, 98
S.Ct 2018, 56 L.ED. 2D 611 (1978)

20) W.C.S.O & SHeRIFF LeWIS EVANGILIDes
ARe NOT eLGIBLe FoR SoVeRIgn/QUALIFIed
IMMUNITY IN ReGARDS To IMPLeMent
SUCH POLICY ThAt INTeRFeRs WITH PReSCRIBed
TReAtMent; The DefeNDANtS ACTION
DO VIOLate CONSTITUTION & DID
VIOLAte MR. STONe EIghTh AMeNdMent
RIghT, & DID SUBJect HIM To CRUeL
& UNUSUAL PUNISHMent OVeR The COURSe
of 2 YRS EsteIle V. GAMBLe 429 U.S.
97, 104-05 97 S.Ct 285, 291, 50; L.ED.
2D 251 (1976) This DeLIBeRAte
INDIFFeRence STANDARD APPLies To
PHYCHIATRIC Needs AS Well.
ROGeRS V. EVANS 792 F. 2D ⟹

(14)

... 1052, 1058 (11TH CIR. 1986) ABD REFRENCE THE CASE OF WALDROP V. C. EVANS 871 F.2D 1030 (11TH CIR 1989)

CONTINUED FROM 10) *3 THESE OFFICIALS DID NOT NOT NOTIFY COMPENTENT OFFICAIL OK MR. STONE SERIOUS MH BEHAVIORS, & FAILED TO ACT APPROPRIATLY BY MONITERING MR. STONE ON THE VAN RIDE BACK, & INSTEAD ACTED IN A MANOR THAT WOULD FORESEEABLY RESULT IN HARM VIOLATED MY DUE PROCESS RIGHTS (SEE COONN V. CITY OF RENO) THE OFFICAIL WHO HOLD HIM AGAINST HIS WILL ARE CONSTITUTIONALLY OBLIGATED TO RESPOND IF A SERIOUS MEDICAL NEED SHOULD ARISE (MH IS INCLUDED)

*MR. STONE WAS DENIED GRIEVENCES IN REGARDS TO MOST OF THIS DUE TO BEING ON A S.W., & DUE TO NOT BEING ABLE TO GRIEVE MH, AS THEY ARE INDIRENDANT CONCTRATCOR

15

23) The JAIL HAS A HISTORY OF
DENYING INMATES LEGAL RIGHTS
AN INCIDENT IS CITED ON MON
OCT 17 2016 (2 DAYS PRIOR TO SUICIDE ATEMPT
10/19/16) WERE SPECAIL SERVICES OFFICER
WAS SPEAKING TO ME IN REGARDS TO
A REPORT I FILED AGAINST JAIL AT
APROX 10-11 AM, IMMEDATLY AFTER
THAT LT MARA & CPT DEGNAULT
CAME INTO MY CELL & TRYED TO
TAKE AWAY MY LEGAL PAPERWORK
IN RETALATION TO THE REPORT
I FILED AGAINST THE JAIL & A
TORT DEMAND LETTER I SENT OUT
I WEEK BEFORE TO SHIRRIFF, I
REFUSED TO GIVE UP MY PAPERWORK
SAT ON TOP OF IT, THEY LEFT W/O MY
PAPERWORK

The FOLLOWING MORNING I
WAS MOVED ACCROSS THE HALL
& SGT BROOKS WAS ORDED TO
TAKE AWAY MY LEGAL WORK WHILE IN
SHUWER, IT TRIGGERED ME TO PUNCH
WALL & BREAK MY HAND (LEFT)

16

# CONCLUSION

ON NUMERIOS TIMES MR. Stone HAS ASKed DR. KATZ TO BE PLACEd BACK on HIS meds (KLONOPINS) DR. KATZ STATEd He CANNOT BECAUSE OF JAIL POLICY. DR. KATZ DID DENY MR. STONE AN ESSENTIAL ELEMENT OF HIS HIS MENTAL HEALTH TREATMENT BY DISCONTINUATION OF MEdICATIONS(" BASEd SOLEY ON A JAIL POLICY IMPLEMENTED BY SHERIFF LEWIS EVANGELIDIS RATHER THAN A MEdICAL JUDGEMENT CONCERNING THE PLAINTIFFS SPECIFIC CIRCUMSTANCES") DELONTA 330 At 635) HAVING DISASTOREOS BEHAVIORAL RESULTS, RESULTING IN SIGNIFICANT PHYSICAL INJURY, EMOTIONAL INJURY/DISTRESS LASTING APPROX 2 YRS See WALDROP 871)

ALSO BY SHERIFF LEWIS G EVANGELIDIS & W.C.S.O ENACTING SUCH A POLICY ThAt WOULD INTERFERE WITH PRESCRIEd TREATMENT, CLEARLY

(17)

HAS CAUSED "A DELIBERATE INDIFFERENCE TO SERIOS MEDICAL/MH NEED" OF MR. STONE THIS HAS OFFENDED "EVOLVINS STANDARDS OF DECENCY" IN VIOLATION OF MR. STONE EIGHTH AMENDMENT RIGHTS, DENYING MENTALLY ILL INMATES ACCESS TO ADAQUATE TREATMENT, BASED ON A JAIL POLICY, THIS CAUSINS ~~SYSTEM~~ MR STONE SEVERE PHYSICAL, EMOTIONAL INJURY/DISTRESS

FURTHERMORE W.C.S.O HAS FAILED TO TRAIN ITS OFFICERS TO ACT APPROPRIATLY TO SUCH INCIDENTS (AS EXPLAINED INTHIS COMPLAINT) W.C.S.O IS LIABLE FOR THESE INJURYS IT INFLICTED THRU DELIBERATE INDIFFERENCE (SEE MONELL V. DEPT OF SOCIAL SCRVS, OF CITY OF NY, 436 US 658, 690-91, 98 S.CT. 2018, 56 LED 2D 611 (1978)

(18)

WCSO HAS CAUSED STEPHEN Stone SEVERE PHYSICAL DAMAGES, EMOTIONAL DAMAGES/MENTAL ANGUISH OVER THE COURSE OF ALMOST 2 YEARS, & HAS CAUSED MR. STONE'S MH TO DETERIORATE TO A POINT WERE ALL MR. STONE THINKS ABOUT IS SUICIDE ON A DAILY BASIS TO ESCAPE THE MENTAL TORTURE WCSO HAS PLACED UPON MR. STONE THRU DELIBERATE INDIFFERANCE.

The PLAINTIFF HAS SUFFERED SEVERE PHYSICAL DAMAGES, EMOTIONAL DAMAGES/MENTAL ANGUISH & TORTURE DUE TO THE DEFENDANTS ACTIONS & THE PLAINTIFF ASKS THIS HONERABLE COURT TO GRANT HIM RELIEF:

19

1) DECLARE THAT W.C.S.C WAS
DELIBERATLY INDIFFERENT TO
MR. STONE SERIOUS MH/MEDICAL NEEDS.

2) DECLARE THAT SHERRIF LEWIS
EVANGELIDIS DID CREATE A
POLICY THAT INTERFERES WITH PRESCRIBED
TREATMENT, VIOLATES MR. STONES
RIGHTS, & IS DELIBERATLY INDIFFERENT
TO MR. STONE MH NEEDS.

3) DECLARE THAT DR. BERNARD KATZ
WAS DELIBERATLY INDIFFERENT
TO MR. STONE SERIOS MH NEEDS,
& FAILED TO PRESCRIBE MR. STONE
PROPER MEDICINE (KLONOPINS) LEAVING
MR. STONE UNTREATED FOR HIS ANXIETY
DUE TO A JAIL POLICY ENACTED
BY SHERRIF EVANGELIDIS.

19

4) ORDeR W.C.S.O TO COMPeNSATe MR. STONe WITH DeCLATORY, MONeTeRY, & PUNITIVe OAMAGes FOR The OAMAGes CAUSed BY The W.C.S.O.

5) ORDeR The WCSO TO CHANGe The POLICY eNACTeD BY The SHeRRIFF RESTRICTING KLONOPINS.

6) ORDeR SHeRRIff LewIS G eVANGeLIDIS TO COMPeSATe MR. STONe WITH DeCLATORY MONeTORY & PUNITIVe OAMAGes FOR DAMAGes CaUSed BY The DefeNdANt.

7) ORDeR DR. BeNARD KATZ TO COMPeNSATe MR. STONe FOR OAMAGes CAUSed BY HIM FAILINS TO PReSCRIBe MR. STONe MeDS BASed ON A JAIL POLICY, ALLOW DeCLARTory MONeTeRY, & PUNITIVe OAMAGes AWARDed TO MR STONe.

20

8) ORDER THE W.C.S.O TO RETRAIN ITS EMPLOYESS ON SUICIDE PREVNTIN & ENFORCE THE USUAGE OF THIS TECHNIQE

9) ALLOW THIS HONERABLE COURT TO ALSO DO WHAT IT DEEMS FIT IN ASPECTS TO THIS CASE.

RESPECTFULLY SUBMITED



Stephen STONE
20 ADMINISTRATION RD
BRIdgewaTTeR MA 02324

21