CASE # 18-CV-10011-AOB

Stephen Stone

v

WORCESTER COUNTY SHERRIFFS OFFICE et al

AMEND. VERIFIED COMPLAINT WITH
DEMAND JUDGE.

## INTRODUCTION

THIS COMPLAINT IS BROUGHT UNDER
42 USC. § 1983, AND ALLEGES THE
DEFENDANTS WERE DELIBERATLY INDIFFENT
TO MR. STONE SERIOUS MH/MEDICAL NEEDS
& FAILED TO ACT APPROPRATLY ON
NUMERIOUS OCCAISIONS, ALSO FAILED TO
PROTECT MR. STONE FROM SELF-HARM, &
CONTINUED SELF MUTILATION, & MORE.
THE DEFENDANTS HAS CAUSED THE
PLAINTIFF TO SUFFER SERIOUS/SEVERE
INJURY ALMOST CAUSING DEATH →

(1)

Thru its deliberate indifference to Mr. Stone. serious MH/Medical needs, this complaint also alleges that the defendants have cause Mr. Stone to suffer unnessary mental angish & emotional harm thru its deliberate indifference to Mr. Stones serious MH/Medical needs.

## JURISDICTION

1) This court has jurisdiction under ~~28~~ USC § 1331

## COLOR OF LAW

All defendants acted under coler of law.

2

## PARTIES

2) The PLAINTIFF IS Stephen Stone

3) The DEFENDANT IS The WORCESTER COUNTY SHERRIFS OFFICE.

4) The DEFENDANT IS ~~The~~ LEWIS EVANGELIOIS sued IN HIS OFFICAIC, & INDIVIDUAL CAPACITY.

5) The DEFENDANT IS DR. BERNARD KATZ He IS SUED IN HIS OFFICAL, & INDIVIDAUC CAPACITY.

6) The DEFENDANT IS TRANSPORT OFFICER INVOLVED ON 10/19/16, He IS SUED IN HIS OFFICAL & INDIVIDAUC CAPACITY

7) The Deffendant is transport
officere                Involed on
10/19/16, He is sued in his
officail & inividual capacity.

FACTS

8) Stephen Stone suffers from serious
mental health issues dating back to
Age 5, & also suffers from serious anxiety,
prior to his arrest & incarceration at
W.C.S.O/JAIL MR. Stone's anxiety
was being controled & treated with the
use of klonopins prescribed by Bernard
Szymanski, R.N.C.S. witch MR. Stone
was doing very well on. W.C.S.O
has also previously prescribed klonopins
to MR. Stone in 2009-2010 by Dr. Katz
who was working for the WCS.O
before sheriff Lewis Evangelidis
was elected & implemented a new
medication policy wttch violated
MR. Stone rights thru deliberate
indifference.

9) On 8/17/15 Stephen Stone was held at the Worcester County Jail, after his arrest on a probation hold, & a negligent operation of MV. Mr. Stone was not provided his klonopins upon intake, due to a reported jail policy of not permiting that med (see Exhibit #1) "A constitutional claim is stated when prison officials intentionaly deny access to medical care or interfere with prescribed treatment" Todaro v. Ward, 565 F.2d 48, 52 (2d Cir. 1977) This jail policy has caused Mr. Stone serious mental anguish, emotional harm, physical damages, & is deliberatly indifferent to Mr. Stones serious MH/medical conditions/needs, & has caused a sharp deterioration in Mr Stones MH conditions as explained in (Exhibit #2) Page 9) & throuout this motion. Mr. Stone has continusly asked Dr. Katz (who is a contractor for the jail thru an outside agency).→

FOR HIS KLONOPINS, DR. KATZ TOLD MR. STONE
HE IS "NO LONGER ABLE TO PRESCRIBE THAT
PHARMICUDICAL DUE TO A NEW JAIL POLICY
ENACTED BY SHERIFF EVANGELIDIS" THIS
POLICY INTERFERED WITH PRESCRIBED
TREATMENT, AS EXPLAINED IN TODARO V. WARD.
B ABOVE. MR. STONE's MH CONDITIONS
RAPIDLY DETERIORATED DUE TO BEING OFF
HIS KLONOPIN.

10) BETWEEN AUGUST 2015 TO AUGUST 2016
MR. STONE HAS CUT HIMSELF AT LEAST
2-3 TIME'S THAT THE JAIL IS AWARE
OF. MR. STONE HAS ALSO HAD NUMEROUS
MH BREAKDOWNS DUE TO THE LACK OF
MH TREATMENT BEING PROVIDED DUE TO
JAIL POLICY.

11) ON 8/16/2016 STEPHEN STONE WAS
BROUGHT TO NORFOLK SUPERIOR COURT
B WAS NOT STRIP SEARCHED, NOR WAS AN
ADAQUATE SEARCH DONE PRBIR TO
LEAVING THE JAIL, THIS ALLOWING A JAIL
ISSUED RAZOR TO LEAVE THE JAIL, TO
COURT.

12) On 8/16/2016 Stephen Stone had a MH breakdown at Norfolk Superior Court (as a result of the decompensation of his MH caused by lack of proper treatment due to jail policy) During this MH breakdown Stephen Stone attempted suicide by cutting his R. arm with a jail issued razor, this happened when W.C.S.O. was there to pick him up, making WCSO aware of this incident. Mr Stone was brought by ambulance to Norwood Hospital (see exhibit #3)

13) On 10/19/16 Stephen Stone was brought to Malden District Court Mr. Stone was refused access to court by court security, Mr. Stone had a MH breakdown (due to this & lack of medication) Mr Stone was very emotionally unstable & had to be tackled to the pavement outside the court house by WCSO employee's, Mr. Stone was placed in the back of the van, & began to bang his head, & kick the cage, & was visably emotionly unstable →

7

... PROMPTING TRANSPORT OFFICERS TO LEAVE A FEMALE DETAINEE AT MALDEN DIST COURT, & CALL THE JAIL & REQUEST TO USE THE BLUE LIGHTS & NOTIFY THEM OF THIS SITUATION.*) THE W.C.S.O IS WELL AWARE OF MR. STONE's EXTENSIVE HISTORY OF SELF HARM & QS HISTORY (STATE SUICIDE CHECK) ALSO ONE MONTHS PRIOR MR. STONE HAD ATTEMPTED SUICIDE AT COURT WHILE WCSO WAS THERE TO PICK HIM UP, THE JAIL IS WELL AWARE OF THIS, MR. STONE ALSO HAS A HISTORY OF SELF HARM INSIDE OF THE VANS THAT THE JAIL IS AWARE, ON 7/22/13 MR. STONE WAS BANGING HIS HEAD INSIDE OF THE TRANSPORT VAN & THE TRANSPORT OFFICERS DID NOTHING TO STOP MR. STONE FROM CONTINUED SELF-HARM (SEE EXHIBIT #4) THESE OFFICER INITIATED ACTED IN A MANNER THAT WILL FORESEEABLY RESULT IN HARM.

14) ON 10/19/16 THESE TRANSPORT OFFICERS KNEW MR. STONE WAS VERY EMOTIONALLY UNSTABLE & WAS EXHIBITING SERIOUS MH BEHAVIORS, & SHOULD HAVE BEEN KEEPING A CLOSE EYE ON MR. STONE

8

... DURING The VAN RIDE DUE TO
These CIRCUMSTANCES & DUE TO MR. Stones
PREVIOUS HISTORY OF Self HARM IN VANS.
Theese OFFICAILS DID KNOW OF &
DID DISRegARD AN exCeSSIVe RISK
TO INMATE HeALTh OR SAFETY AS
exPLAINed IN CONN V. CITY OF ReNO
INSTEAD OF MONITERING AND STOPING,
INMATE exHIBITING SeRIOUS MH ISSues,
SeLF-HARM, & OTHeR MAJOR MH BeHAVIORS,
Theese OFFICeR'S LefT TheIR VeIW OF
MR. STONE OBSTRUCTeD BY NON-eSSeNTAIL
ITEMS SUCH AS AN AMERICAN FLAG,
THIS IS NOT The FIRST TIME WCSO HAS
FAILed To PROTecT Me FROM CONTINUeD SeLF-
HARM (See eXHIBIT#4) MH ReCORDS 7/22/13.
DUE TO The TRANSPORT OFFICERS FAILING
TO MONITER AN INMATE exHIBITING SeRIOUS
MH BeHAVIOR'S & SeLF HARM THIS BeING A
HIeghTeNeD SUICIDe RISK OR AN ATTeMPTeD
SUICIDe IS A SeRIOUS MeDICAL NeeD
See TORRACO v. MALONeY, 923 F. 2D 231,
235 & 3 N, 4 (1st CIR 1991) See ALSO COLBURN
V. UPPER DARBY. TWP, 946 F. 2D 1017,
1023 (3D CIR 1991) ("A 'PARTICULAR VULNeRABILITY
TO SUICIDe' RePReSeNTS A SeRIOUS →)

(9)

... MEDICAL Need!") MR. STONE ATTEMPED SUICIDe DURRING THIS VAN Ride on 10/19/16 BY TIeINg A ThERMO AROUND HIS NECK, ALMOST CAUSINg DEATh, MR STONE WAS found BARELY CONCENCOUIS ~~AT~~ BY C/O CHRIS HARRISON (SOG) When The VAN ARRIVED AT The JAIL. BLUE IN The fACE OFFICER CHRIS HARRISON CUT Off The THERMO, MR. Needed To Be BROUGHT To St. VINCENTS HOSPITAL FOR EMERGENCY TREATMONT. MR. STONE fURTHER ALLEGES ThAT TRANSPORT OffICALS FAILED To NOTIFY COMPETENT OFFICALS OF AN INMATES DANGEROUS PSYCHIATRIC STATE PRIOR To LEAVINg COURT, CONSTITUTINg A DELIBERATE INDIFFERENCE (See e.g., COLBURN v. UPPER DARBY TOWNSHIP, 838 F.2D 663, 667-68 (3RD CIR 1998)

* PLEASE NOTE ThAT The FLAG WAS BLOCKINg AN OBSERVATION WINDOW IN The VAN WERE MR STONE HAD ATTEMPENTED SUICIDE ON 10/19/16

-10-

15) ON 10/20/16 DR. KATZ FILED AN 18(A) EVALUATION OF MR. STONE WERE MEDICAL RECORDS FROM 7/22/13 FROM THE JAIL WERE PROVIDED TO B.S.H, PROVING THE JAIL IS AWARE OF MR. STONE PREVIOS SELF HARM IN VANS (SEE EXHIBIT #4)

16) ON OR AROUND 11/26/16 MR. STONE WAS AT WORCESTER COUNTY JAIL IN A2 IN A CAMERA CELL DURRINS THAT TIME MR. STONE HAD TIED A SHEET AROUND HIS NECK, IN EFFORTS TO DIE

17) AN INMATE WHO OBSERVED THE CO'S RESPONSE TO MR. STONE NOT RESPONDING AT 3PM COUNT, TOLD MR. STONE THAT THE CO'S WAITED APPROX 10 MINS BEFORE CHECKING ON MR. STONE'S WELL BEING BY OPENING THE CELL DOOR, THIS AGAIN DELAYED MR. STONE FROM RECIEVING MEDICAL CARE WHEN THE CO'S FENALLY OPENED THE DOOR

...They found MR. Stone semi-un-responsive, MR. Stone required oxygen mask, & a shot to slow down MR.Stone heart/breathing, The delay of opening the door. could have resulted in MR. Stone's & prolonged him from getting medical treatment sooner. MR Stone alleges that these officials were deliberately indifferent to MR. Stone, MH/medical needs by failing to act appropriately to MR.Stone's heightened suicide risk, It is important to note MR Stone was placed in a "Camera Cell" per MH to closely monitor him, due to his heightened suicide risk, These officers failed to monitor MR Stone on the camera, A simular incident happened in Dec of 2016 were an inmate was found dead in the high risk tier, A tier were C/O's are suposed to be a close observation on inmates, An investigation revailed that C/O Eric Groboski was reading a book instead of watching the →

12

... CAMERAS, WHEN HE got UP $ DID HIS FIRE-WIND HE FOUND THE INMATE HANGING, FURTHER MORE HE DID NOT HAVE HIS RADIO ON HIM WITCH DELAYED THE DOOR BEING OPENED $ DELAYED THAT C/O FROM CUTTING THE INMATE DOWN.)

18) IN DEC 2016 OR JAN 2017 MR. STONE WAS PLACED IN THE MOD'S K-321 BY THE W.C.S.O DURING HIS TIME IN CELL K-321, MR. STONE HAS HAD TO PUT UP WITH UNSAFE $ UNHEALTHY LIVING CONDITIONS, DUE TO BEING PLACED IN A CELL K-321 THIS CELL LEAKS WATER THRU THE WINDOW $ HAS MULTIPLE WORK ORDERS PUT IN TO FIX THE PROBLEM $ A CAPTIAN EVEN TOLD C/O'S TO SHUT DOWN THIS CELL, MR. STONE $ HIS CELL MATE (MATHEW TRAFTON) WAS MOVED APPROX 2 WEEK'S AFTER THE CAPT. ORDERED THE CELL SHUT DOWN INTO K-324, BY C/O KING

(13)

19) ON OR AROUND 1/11/17 MR. STONE FILED A GRIEVENCE IN REGARDS TO NOT BEING ALLOWED A PHONE CALL TO NORFOLK COURT IN REGARDS TO CASE #16-1625, THIS GREIVANCE WAS APPROVED (GREIVANCE #00002454) & WAS APPROVED TO MAKE SUCH CALL, HOWEVER SW PAUL ( DENIED MR. STONE THIS CALL EVEN AFTER THIS APPROVED GRIEVANCE RESULTING IN A MH BREAKDOWN & D-BOURD #170-105, MR. STONE EXHIBITED SERIOS MH BEHAVIORS INCLUDING ALMOST PUNCHING SW, These OFFICALS FAILED TO NOTIFY COMPENTENT OFFICALS OF MR. STONE MH BEHAVIORS. MR. STONE WAS LOCKED IN HIS CELL K524 ON THURSDAY JAN. 19, 2017.

20) ON 1/22/17 STEPHEN STONE HAD CUT HIS R. WRIST OPEN WITH A JAIL ISSUED RAZOR DUE TO BEING DENIED THIS PHONE CALL. *2 HE WAS BROUGHT BY AMBULANCE TO St. VINCENTS HOSPITAL AROUND

... 3AM WERE He RECIEVED 9 STICHES & WAS TOLD TO FOLLOW UP BECAUSE He HAD CUT HIS TENDON, JAIL NEVER DID FOELOW UP THO.

*2 WHILE MR. STONE WAS UNDER ALOT OF ANXIETY, & DUE TO THE DETERIATION OF HIS MH, DUE TO LESS THAN ADEQUATE MH TREATMENT BEING PROVIDED DUE TO JAIL POLICY OF NOT ALLOWING MR. STONES KLONOPINS.

21) The JAIL WAS DELIBERATLY INDIFERENT TO MR. STONE'S SERIOUS MH/MEDICAL NEEDS (A HIEGHTENED SUICIDE RISK) BY PLACING MR. STONE ON K. BLOCK & SHOULD HAVE PLACED MR. STONE ON A BLOCK WERE THERE ARE NO RAZOR'S, & WERE THEY COULD KEEP 9 CLOSER EYE ON MR. STONE GIVE MR. STONE HISTORICAL PATARN OF SUICIDE ATTEMP/SELF-HARM & TOOK PRECATION IN PLACING MR. STONE ESPECALY SEEING MR. STONE HAD ONLY TRYED TO COMMIT SUICIDE 1 MONTH PRIOR, WITH MULTIPLE MORE ATTEMPTS IN LESS THAN 6 MONTH CREATING A PATTERN

(15)

22) W.C.S.O. IS A MUNICIPALITY LIABLE UNDER MONELL, A MUNICIPALITY IS A LEGAL "PERSON" SUBJECT TO LIABILITY UNDER §1983 FOR INJURYS IT INFLICTS THROUGH DELIBERATE INDIFFERENCE MONELL V. DEP'T OF SOCIAL SERVS. OF CITY OF N.Y., 436 U.S. 658, 690-91, 98 S.CT 2018, 56 L.ED. 2D 611 (1978)

23) W.C.S.O & SHERIFF LEWIS EVANGILIDES ARE NOT ELGIBLE FOR SOVERIGN/QUALIFIED IMMUNITY IN REGARDS TO IMPLEMENT SUCH POLICY THAT INTERFERES WITH PRESCRIBED TREATMENT; THE DEFENDANTS ACTION DO VIOLATE CONSTITUTION & DID VIOLATE MR. STONE EIGHTH AMENDMENT RIGHT, & DID SUBJECT HIM TO CRUEL & UNUSUAL PUNISHMENT OVER THE COURSE OF 2YRS ESTELLE V. GAMBLE 429 U.S. 97, 104-05 97 S.CT 285, 291, 50 L.ED. 2D 251 (1976) THIS DELIBERATE INDIFFERENCE STANDARD APPLIES TO PHYCHIATRIC NEEDS AS WELL. ROGERS V. EVANS 792 F.2D ⇒

(16)

... 1052, 1058 (11Th CIR. 1986) ABD Refrence The CASE of WALDROP V. C. EVANS 871 F. 2D 1030 (11Th CIR 1989)

CONTINUED FROM 10) *3 These OFFICIALS DID NOT NOT NOTIFY COMPENTENT OFFICAIL OF MR. STONE SERIOUS MH BEHANIORS, 3 FAILED TO ACT APPROPRIATLY BY MONITERING MR. STONE ON THE VAN RIOC BACK, 3 INSTEAD ACTED IN A MANOR That WOULD FORESEEABLY RESULT IN HARM VIOLATED MY DUE PROCESS RIGHTS (See CONN V. CITY OF RENO) The OFFICAL WHO HOLD HIM AGAINST HIS WILL ARE CONSTITUTIONALLY OBLIGATED TO RESPOND IF A SERIOUS MEDICAL NEED SHOULD ARISE (MH IS INCLUDED)

*MR. STONE WAS DENIED GRIEVENCES IN REGARDS TO MOST OF THIS DUE TO BEING ON A S.W., 3 DUE TO NOT BEING ABLE TO GREIVE MH, AS THEY ARE INDIENDANT CONTRATCORS

(17)

24) The JAIL HAS A HISTORY OF DENYING INMATES LEGAL RIGHTS AN INCIDENT IS CITED ON MON OCT 17 2016 (2 DAYS PRIOR TO SUICIDE ATEMPT 10/19/16) WERE SPECAIL SERVICES OFFICER WAS SPEAKING TO ME IN REGARDS TO A REPORT I FILED AGAINST JAIL AT APROX 10-11 AM, IMMEDATLY AFTER THAT LT MARA & CPT DEGNAULT CAME INTO MY CELL & TRYED TO TAKE AWAY MY LEGAL PAPERWORK IN RETALATION TO THE REPORT I FILED AGAINST THE JAIL & A TORT DEMAND LETTER I SENT OUT 1 WEEK BEFORE TO SHERIFF, I REFUSED TO GIVE UP MY PAPRWORK SAT ON TOP OF IT, THEY LEFT W/O MY PAPRWORK

The FOLLOWING MOARNING I WAS MOVED ACCROSS THE HALL & SGT BROOKS WAS ORDED TO TAKE AWAY MY LEGAL WORK WHILE IN SHOWER, IT TRIGGERED ME TO PUNCH WALL & BREAK MY HAND (LEFT)

(18)

# CONCLUSION

ON NUMERIOS TIMES MR. Stone HAS ASKed DR. KATZ TO Be PLACed BACK on HIS Meds (KLONOPINS) DR. KATZ STATed He CANNOT BeCAUSe OF JAIL POLICY. DR. KATZ OID Deny MR. STONe AN essENTIAL eleMent OF HIS HIS Mental HeALTH TReATMent BY DISCONTINUATION OF MedICATIONS ("BASed SOLeY on A JAIL POLICY IMPLeMented BY SHeRIFF LeWIS EVANGeLIDIS RATher THAN A MedICAL JUDGement CONCerNINg THe PLAINTIFFS SPeCIFIC CIRCUMSTANES") DeLONTA 330 At 635) HAVINg DISASTORGOS BeHAVIORAL ReSULTS, ReSULTINg IN SIGNIFICANT PHYSICAL INJURY, eMOTIONAL INJURY/DISTRess LASTINg APPROX 2 YRS SeE WALDROP 871)

ALSO BY SHeRIFF LeWIS G EVANGeLIDIS & W.C.S.O eNACTINg SUCH A POLICY THAT WOULD INTeRFeRe WITH PReSCRIBed TReATMent, CLEARLY

(19)

HAS CAUSED "A DELIBERATE INDIFFERENCE
TO SERIOS MEDICAL/MH NEED" OF MR. STONE
THIS HAS OFFENDED "EVOLVING STANDARDS
OF DECENCY" IN VIOLATION OF MR. STONE
EIGHTH AMENDMENT RIGHTS, DENYING
MENTALLY ILL INMATES ACCESS
TO ADAQUATE TREATMENT, BASED ON A
JAIL POLICY, THIS CAUSING ~~A~~
~~SYSTEM~~ MR STONE SEVERE PHYSICAL,
EMOTIONAL INJURY/DISTRESS

FURTHERMORE W.C.S.O HAS
FAILED TO TRAIN ITS OFFICERS
TO ACT APPROPRIATLY TO SUCH
INCIDENTS (AS EXPLAINED IN THIS COMPLAINT)
W.C.S.O IS LIABLE FOR THESE
INJURYS IT INFLICTED THRU
DELIBERATE INDIFFERENCE (SEE MONNELL
V. DEPT OF SOCIAL SCRVS, OF CITY
OF NY, 436 US 658, 690-91, 98
S. CT. 2018, 56 LEO 2D 611 (1978)

(20)

# CLAIMS FOR RELIEF

## DELIBERATE INDIFFERENCE

25) The Refusal of Defendant DR. BERNARD KATZ TO PRESCRIBE MR. STONE WITH HIS MEDS (KLONOPINS) BECAUSE of A JAIL POLICY, RATHER THAN A MEDICAL JUDGEMENT CONSTITUTES A DELIBERATE INDIFFERENCE TO THE PLAINTIFF'S SERIOUS MEDICAL/MH NEEDS IN VIOLATION OF THE EIGHT AMENDMENT THIS CAUSING MR STONE ~~AS A RESULT~~ SIGNIFICANT EMOTIONAL, PHYSICAL INJURY.

26) AS A RESULT OF DEFENDANTS LEWIS EVANGELIDIS & W.C.S.O ENACTING A JAIL POLICY THAT PROHIBITS KLONOPINS ~~&~~ FROM BEING ADMISTERD IN THE JAIL THIS BEING DELIBERATLY INDIFFERNT TO MR. STONE'S SERIOUS MH/MEDICAL NEEDS ~~CONSTITUTES~~ r IN VIOLATION OF THE EIGHT AMENDMENT.

(27)

27) AS A RESULT OF DEFENDANTS TRANSPORT OFFICER _____, & TRANSPORT OFFICER _____, FAILURE TO MONITER MR. STONE WHO WAS CLEARLY EMOTIONALY UNSTABLE PRIOR TO THE VAN RIDE ON 10/19/16, & IS A POSITIVE Q5, & HAS HAD NUMERIOUS SUICIDE, & SELF INJURY ATTEMPS IN TRANSPORT VANS ECT. MR. STONE ALMOST COMMITED SUICIDE IN THE VAN 10/19/16 & SUFFERED SIGNIFAUNTS INJURY, THE DEFENDANTS WERE DELIBEARTY INDIFFERENT TO A SERIOUS MH NEED/HIEGHTENED SUICIDE RISK IN VIOLATION OF THE EIGHTH AMENDMENT

# DECLATORY
## Relief Requested

A) Declare that Defendant DR Bernard Katz violated the plaintiffs eighth amendment rights to medical care, by denying Mr. Stones meds based on jail policy rather than medical judgement.

B) Declare that DR. Katz was delibeartly indiferent to Mr. Stones serious MH/medical needs

C) Declare that Lewis Evangilidis enacting a jail policy that interferes with prescribed treatment violates the eighth amendment rights to medical care, & was also deliberately indiffent to Mr. Stone on-going MH needs

D) Declare that the W.CSO enacting a jail policy that interferes with prescribe treatment violates the eighth amendment rights to medical care. & was deliberatly indiffent to Mr. Stone's serious on-going MH needs

(23)

E) DECLARE THAT THE TRANSPORT
OFFICER WAS DELIBERATLY
INDIFFERENT TO MR STONES SERIOUS
MH NEEDS (HIEGHTWO SUICIDE RISK)

F) DECLARE THAT THE TRANSRRT
OFFICER WAS DELIBERALTY
INDIFFERWT TO MR. STONE SERIOUS
MH NEEDS (HEIGHTENED SUICIDE RISK)

MONETARY
RELIEF REQUESTED

G) AWARD COMPENSATORY DAMAGES
FOR THE PLAINTFFS PHYSICAL
EMOTIONAL INJURY, AND PUNITIVE
DAMAGES AGAINST DR. BERNARD KATZ

H) AWARD COMPENSATORY DAMAGES
FOR THE PLAINTIFF PHYSICAL, EMOTIONAL
INJURY, AND PUNITIVE DAMAGES
AGAINST LEWIS EVANGELIDIS.

I) AWARD COMPENSATORY DAMAGES
FOR THE PLAINTIFF PHYSICAL, EMOTIONAL
INJURY, AND PUNITIVE DAMAGES
AGAINST W.C.S.O.

J) AWARD COMPENSATORY DAMAGES FOR
THE PLAINTIFFS PHYSICAL, EMOTIONAL
INJURY, AND PUNITIVE DAMAGES
AGAINST TRANSPORT OFFICER

K) AWARD COPENSATORY DAMAGES FOR
The PLAINTIFF PHYSICAL, EMOTIONAL
INJURY, AND PUNITIVE DAMAGES
AGAINST TRANSPORT OFFICER

L) GRANT PLAINTIFF SUCH OTHER
RELIEF AS IT MAY APPEAR PLLAINTIFF
IS ENTITLED TO.

RESPECTFULLY SUBMITTED

STEPHEN STONE
20 ADMINISTRATION RD
BRIDGEWATER MA 02324

16