UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Stephen Stone

      Plaintiff

      v.                            CIVIL ACTION 1:18-10011-RGS

Sheriff Lewis Evangelidis et al

      Defendants

## JUDGMENT

STEARNS, D.J.

In accordance with the court's Memorandum and Order issued on December 17, 2020, it is hereby ORDERED:

Judgment entered for the defendants.

December 17, 2020                        By the court,
Date                                       /s/ Arnold Pacho
                                                Deputy Clerk